May Term, 1860.

HALL
v.
RHODES.

---

## HALL v. RHODES.

APPEAL from the *Miami* Circuit Court.

*Per Curiam.*—The decision of this cause, in the Court below, turned exclusively on the weight of evidence. The evidence is all on the record—the jury impanneled in the cause have weighed it; and we can perceive no sufficient reason why their conclusion should be disturbed.

Saturday, June 2.

May Term,
1860.

Doe
v.
Hearick.

The judgment is affirmed with costs.

J. A. Beal, for the appellant.

N. O. Ross and R. P. Effinger, for the appellee.